# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**KELLY R. SPURLOCK,**

    **Plaintiff,**                Case No. 2:20-cv-3981

  v.                             JUDGE EDMUND A. SARGUS, JR.
                                  Magistrate Judge Elizabeth Preston Deavers

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

    This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on January 3, 2022. (ECF No. 21.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **OVERRULES** Plaintiff's Statement of Errors and **AFFIRMS** the Commissioner's decision. This case is **DISMISSED**.

    IT IS SO ORDERED.

**3/11/2022**                                            s/Edmund A. Sargus, Jr.
**DATE**                                            **EDMUND A. SARGUS, JR.**
                                                   **UNITED STATES DISTRICT JUDGE**